**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Reginald Bernard Draughn          CHAPTER 13
            Debtor(s)

BKY. NO. 21-12276 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

                          Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
20 Dec 2021, 11:20:48, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322