# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276-elf |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 28 |

## Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Chapter 13 Plan was served on all parties listed below by first class mail or through the CM/ECF system.

Dated: December 23, 2021

/s/ Michael I. Assad
Michael I. Assad (#330397)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Service List

LAKEVIEW LOAN SERVICING LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541