**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :         CHAPTER 13
Reginald Bernard Draughn

DEBTOR                                         :         BKY. NO.  21-12276-elf

## Statement Pursuant to §521 (A) (1) (iv)

Section §521 (A) (1) (iv) of the Code requires copies of all payment advices or other evidence of payment received within 60 days by the debtor(s) from any employer; however, neither debtor(s) had an employer within that time frame and therefore, neither debtor(s) has any documentation to file pursuant to that section §521 (A) (1) (iv) of the Code

Debtor is retired.

                                                Respectfully Submitted,

January 12, 2022                          /s/ Michael A. Cibik
                                                Michael A. Cibik, Esquire
                                                CIBIK LAW, P.C.
                                                1500 Walnut  Street, Suite 900
                                                Philadelphia, PA 19102
                                                (215) 735-1060