**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  **Reginald Bernard Draughn**

CASE NO  **21-12276-elf**

CHAPTER  **13**

*AMENDED 2/28/2022*
## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

/s/ Michael A. Cibik, Esquire
_____

*Michael A. Cibik, Esquire*
*23110*
*Cibik Law, P.C.*
*1500 Walnut Street, Suite 900*
*Philadelphia, PA 19102*
*(215) 735-1060*

Ally Bank
Attn: Bankruptcy
PO Box 380901
Bloomington, MN 55438


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102


Citadel FCU
Attn: Bankruptcy
520 Eagleview Blvd
Exton, PA 19341


Citi/Sears
Citibank/Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179


Citizens Bank
Attention: ROP-15B
1 Citizens Drive
Riverside, RI 02940


City of Philadelphia
Bankruptcy Unit
15th Floor
1515 Arch Street
Philadelphia, PA 19102


City of Philadelphia
Major Tax Unit/Bankruptcy Dept.
1401 JFK Blvd, Room 580
Philadelphia, PA 19102


City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101

Commercial Acceptance Company
Attn: Bankruptcy
2300 Gettysburg Road, Suite 102
Camp Hill, PA 17011


Equifax
P.O. Box 740241
Atlanta, GA 30374


Experian
Profile Maintenance
P.O. Box 9558
Allen, Texas 75013


Flagship Resort
60 North Maine Ave
Atlantic City, NJ 08401


I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346


LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


M & T Bank
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240


Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040


Midland Credit Management
320 East Big Beaver
Troy, MI 48083

PA Dept. of Revenue
Bankruptcy Division
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17120-0946


Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106


Philadelphia Traffic Court
Hon. Gary Glazer
800 Spring Garden Street
Philadelphia, PA 19123


Police & Fire FCU
Attn: Bankruptcy
901 Arch St
Philadelphia, PA 19107


Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


Quantum3 Group LLC as agent for
Quantum3 Group LLC as agent for
PO Box 788
Kirkland, WA 98083-0788


Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788


Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788


Trans Union Corporation
Public Records Department
555 West Adams Street
Chicago, IL 60661

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712