## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276-elf |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 61 |

### Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's First Amended Chapter 13 Plan was served on the parties listed below by first class mail or through the CM/ECF system.

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com

Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tuscon, AZ 85712

Ally Bank
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Flagship Resort
60 North Maine Ave.
Atlantic City, NJ 08401

Synchrony Bank
c/o PRA Receivables Mgmt., LLC
PO Box 41021
Norfolk, VA 23541

Dated: February 27, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com