IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276-elf |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 63 |

### Order Granting Expedited Consideration
### of Debtor's Motion to Incur Debt

**AND NOW**, after consideration of the Debtor's Motion to Incur Debt, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Debtor's request for an expedited hearing is **GRANTED**.

2. A telephonic hearing to consider the Motion is scheduled on **March 8, 2022, at 1:00 p.m.**.[1]

3. The Debtor shall serve the Motion and this Order on the case Trustee and all creditors who have requested notice through the CM/ECF system.

4. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

Dated: March 3, 2022

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1] To attend the hearing, dial 877-336-1828 and enter access code 7855846.