# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276-elf |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 63, 65 |

## Certificate of Service

I certify that a true and correct copy of the Debtor's Motion to Incur Debt, ECF No. 63, was served on the parties listed below through the CM/ECF system on March 2, 2022. I further certify that a true and correct copy of the Court's Order Granting Expedited Consideration of Debtor's Motion to Incur Debt, ECF No. 65, was served on the parties listed below through the CM/ECF system on March 3, 2022.

| | | |
|---|---|---|
| United States Trustee | KENNETH E. WEST | LAKEVIEW LOAN SERVICING LLC |
| USTPRegion03.PH.ECF@usdoj.gov | ecfemails@ph13trustee.com | bkgroup@kmllawgroup.com |

Dated: March 3, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com