## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276-elf |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 63 |

### AMENDED Order Granting Expedited Consideration
### of Debtor's Motion to Incur Debt

**AND NOW**, after consideration of the Debtor's Motion to Incur Debt, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Debtor's request for an expedited hearing is **GRANTED**.

2. A telephonic hearing to consider the Motion is scheduled on **March 8, 2022, at 1:00 p.m.**.[1]

3. The Debtor shall serve the Motion and this Order on the case Trustee and all creditors who have requested notice through the CM/ECF system .

4. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

5. This order supersedes the order at docket entry #65 to reflect the correct dial in information for Judge Frank.

Dated: March 3, 2022

                                                                                     _____
                                                                                     **ERIC L. FRANK**
                                                                                     **U.S. BANKRUPTCY JUDGE**

---

[1] To attend the hearing, dial **877-336-1828** and enter access code **1229352**.