IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276-elf |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 63 |

# O R D E R

**AND NOW**, after consideration of the Debtor's Motion to Incur Debt, and after notice and hearing, it is hereby **ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that the Debtor is authorized to enter into a financing agreement with Credit Acceptance Corp. for purchase of a 2018 Toyota Camry from Conicelli Toyota according to the terms set forth in the Motion.

Dated: 3/9/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**