**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276-elf |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. |

**O R D E R**

**AND NOW**, after consideration of the Debtor's Motion to Correct Order, it is hereby

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that the prior text of Paragraph 2 of the Order on Debtor's Motion to Incur Debt (ECF No. 72) is **REPLACED AND SUPERSEDED BY** the following:

**ORDERED** that the Debtor is authorized to enter into a financing agreement for purchase of a 2018 Toyota Camry from Conicelli Toyota according to the terms set forth in the Motion.

Date: 3/11/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**