**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        **CHAPTER 13**
**Reginald Bernard Draughn**


    **DEBTOR**                    :        **BKY. NO.  21-12276-elf**


**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cibik, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application  and Application to Approve Counsel Fees.

                         Respectfully Submitted,


Date:  April 13, 2022          /s/ Michael A. Cibik
                              MICHAEL A. CIBIK, ESQUIRE
                              CIBIK LAW, P.C.
                              1500 WALNUT  STREET, STE. 900
                              PHILADELPHIA, PA  19102
                              (215) 735-1060