## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276-elf |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

### Certificate of Service

Pursuant to the Court's order of July 15, 2022, ECF No. 99, I certify that on this date I served a true and correct copy of the Court's order, the Zoom access information for the hearing scheduled for July 26, 2022, and a copy of Cibik Law P.C's Motion to Withdraw as Counsel on the Debtor via email at mavericksarmy@yahoo.com and by first class mail.

Pursuant to the Court's order of July 15, 2022, ECF No. 99, I certify that on this date I gave the Debtor telephone notice of the hearing by leaving a voicemail message.

Dated: July 15, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com