United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-12276-elf

Reginald Bernard Draughn  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Jul 15, 2022  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Reginald Bernard Draughn, 414 Ashburton Place, Coatesville, PA 19320-5933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Reginald Bernard Draughn mail@cibiklaw.com |
| MICHAEL I. ASSAD | on behalf of Debtor Reginald Bernard Draughn mail@cibiklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jul 15, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276 ELF |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtors. | : | |

**O R D E R**

    **AND NOW**, after consideration of Cibik Law P.C.'s Motion to Withdraw as Counsel for Debtor, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. Cibik Law's request for an expedited hearing is **GRANTED**.

2. A telephonic hearing to consider the Motion is scheduled on **July 26, 2022, at 11:00 a.m.**[1]

3. Cibik Law shall serve the Motion and this Order on the debtor by e-mail, and also shall give the Debtor telephonic notice of the hearing no later than **July 18, 2022**.

4. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

5. Cibik Law shall file a Certification of Service as required by Local Rule 9014-4.

Date: July 15, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1] Cibik Law may obtain the zoom link information from the Courtroom Deputy and is responsible for proving the link to the Debtor. In the event that the Debtor lacks video camera capability, the Debtor shall participate in the zoom hearing by telephone.