## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276 ELF |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtors. | : | |

## A M E N D E D   O R D E R

**AND NOW**, after consideration of Cibik Law P.C.'s Motion to Withdraw as Counsel for Debtor, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. Cibik Law's request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion is scheduled on **July 26, 2022, at 11:00 a.m,** to be conducted by **video conference**.[1]

3. Cibik Law shall serve the Motion and this Order on the debtor by e-mail, and also shall give the Debtor telephonic notice of the hearing no later than **July 18, 2022**.

4. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

5. Cibik Law shall file a Certification of Service as required by Local Rule 9014-4.

Date: July 18, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1] Cibik Law may obtain the zoom link information from the Courtroom Deputy and is responsible for proving the link to the Debtor. In the event that the Debtor lacks video camera capability, the Debtor shall participate in the zoom hearing by telephone.