# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276-elf |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## Certificate of Service

Pursuant to the Court's amended order of July 18, 2022, ECF No. 102, I certify that on this date I served a true and correct copy of the amended order on the Debtor via email at mavericksarmy@yahoo.com.

As described in the certificate filed as ECF No. 100, I previously served the Zoom access information for the hearing scheduled for July 26, 2022 and a copy of Cibik Law P.C's Motion to Withdraw as Counsel on the Debtor, and provided telephonic notice.


Dated: July 18, 2022                    /s/ Michael I. Assad
                                        Michael I. Assad (#330937)
                                        Cibik Law, P.C.
                                        1500 Walnut Street, Suite 900
                                        Philadelphia, PA 19102
                                        215-735-1060
                                        mail@cibiklaw.com