## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-12276-elf |
| | : | |
| Reginald Bernard Draughn, | : | Chapter 13 |
| | : | |
| Debtors. | : | |

**O R D E R**

**AND NOW**, after consideration of Cibik Law P.C.'s Motion to Withdraw as Counsel for Debtor, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Cibik Law, P.C.'s appearance as Debtor's counsel is **WITHDRAWN**, effective immediately.

Date:   7/27/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**