# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 21-12276-elf |
| Reginald Bernard Draughn, | Chapter 13 |
| Debtor. | |

## Creditor Request for Notices

Cibik Law, P.C., a creditor and party-in-interest in the above-captioned case, requests that all documents brought before the Court with respect to this case be delivered to counsel at the address set forth below or through the CM/ECF system pursuant to Fed. R. Bankr. P. 2002, 9007, and 9010(b) and 11 U.S.C. § 342 and 1109(b).

Dated: July 29, 2022

CIBIK LAW, P.C.

By: /s/ Michael I. Assad
MICHAEL I. ASSAD (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com