## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Reginald Bernard Draughn,<br><br>*Debtor*. | Case No. 21-12276-AMC<br>Chapter 13 |

## Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw the request for notices filed at ECF No. 107 and discontinue service of notices to me. Thank you.

Date: August 16, 2024        CIBIK LAW, P.C.

                                By: /s/ Michael I. Assad
                                    Michael I. Assad (#330937)
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA 19102
                                    215-735-1060
                                    help@cibiklaw.com