**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>Reginald Bernard Draughn<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 21-12276-amc<br><br>RELATED DOCUMENT: 124 |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY**
**AND CO-DEBTOR STAY**

A Motion for Relief From Stay provision of **§ 362(a)** and from the Co-Debtor stay provision of **11 U.S.C. § 1301** with respect to real Mortgaged Premises located at 717 Glasgow Street, Pottstown, PA 19464 (**"Motion"**) was filed in this action by Planet Home Lending, LLC (**"Movant"**), by and through its counsel, Hill Wallack, LLP.

**PLEASE TAKE NOTICE** that the Movant hereby withdraws its Motion.

HILL WALLACK, LLP

By: */s/ Angela C. Pattison, Esq.*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com

Dated:  September 20, 2024

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| **IN RE:**<br><br>**Reginald Bernard Draughn**<br><br>**Debtor** | **CHAPTER 13**<br><br>**CASE NO.: 21-12276-amc** |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served or caused to be served the above-captioned pleading, Praecipe to Withdraw, on the parties below via First-Class Mail and Electronic Notification on **September 20, 2024.**

| | |
|---|---|
| **Reginald Bernard Draughn**<br>717 Glasgow St<br>Pottstown, PA 19464<br>**Debtor**<br>**Via Regular Mail** | **Office of the U.S. Trustee**<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107<br>**United States Trustee**<br>**Via ECF** |
| **Marie A Draughn aka Marie A Walker**<br>**aka Marie Walker**<br>717 Glasgow St<br>Pottstown, PA 19464<br>**Co-Debtor**<br>**Via Regular Mail** | **Kenneth E. West**<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107<br>**Chapter 13 Trustee**<br>**Via ECF** |

Dated: September 20, 2024            Respectfully submitted,

By:  /s/ Angela C. Pattison
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
 Email: apattison@hillwallack.com