**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Reginald Bernard Draughn                                     Case No: 21−12276−amc

    Debtor(s)

---

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.



For The Court

Dated: 10/30/24

Timothy B. McGrath
Clerk of Court

130
Form 206