United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Reginald Bernard Draughn  
    Debtor

Case No. 21-12276-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 30, 2024      Form ID: 206      Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald Bernard Draughn, 414 Ashburton Place, Coatesville, PA 19320-5933 |
| 14630407 | | Bobs Ds Furn, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 14709958 | + | Cibik Law, P.C., c/o MICHAEL I. ASSAD, 1500 Walnut St, Ste 900, Philadelphia, PA 19102-3518 |
| 14656543 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14630424 | + | Equiant Financial Svcs, Pob 26, Gautier, MS 39553-0026 |
| 14672551 | ++ | FLAGSHIP RESORT, 60 NORTH MAINE AVENUE, ATLANTIC CITY NJ 08401-5518 address filed with court:, Flagship Resort, 60 North Maine Ave, Atlantic City, NJ 08401 |
| 14630426 | + | Hc Cr/feb, 380 Data Drive, Draper, UT 84020-2308 |
| 14656875 | + | LAKEVIEW LOAN SERVICING LLC,, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14630433 | + | Montereyco, Pob 2059, Salinas, CA 93902-2059 |
| 14837726 | + | Township of Valley, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14837995 | + | Township of Valley, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14837725 | + | Township of Valley, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, pa 19404-3020 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14657227 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2024 00:18:43 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14657314 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2024 00:17:55 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14630404 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 31 2024 00:02:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14630405 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 31 2024 00:02:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14630406 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2024 00:17:54 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14630414 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 31 2024 00:02:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14630408 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2024 00:05:26 | Cap1/neimn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14630409 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2024 00:06:01 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14658161 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 31 2024 00:06:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: 206 | Total Noticed: 63 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14630410 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2024 00:05:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14630412 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 00:02:00 | Ccb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 14630413 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 31 2024 00:03:00 | Citadel Federal Cred U, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14657958 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2024 00:05:26 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14630415 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 00:02:00 | Comenity Bank/anntylr, Po Box 182789, Columbus, OH 43218-2789 |
| 14630416 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 00:02:00 | Comenitybank/kay, Po Box 182789, Columbus, OH 43218-2789 |
| 14630417 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 00:02:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14630418 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 00:02:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14630419 | + | Email/Text: dylan.succa@commercialacceptance.net | Oct 31 2024 00:02:00 | Commercial Acceptance, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 14630420 | + | Email/Text: BKPT@cfna.com | Oct 31 2024 00:02:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 14630421 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 31 2024 00:17:52 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14657943 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2024 00:02:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14630422 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 31 2024 00:05:24 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14630423 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2024 00:19:03 | Dsnb Macys, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14630427 | + | Email/Text: BKRMailOPS@weltman.com | Oct 31 2024 00:02:00 | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 14630429 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 31 2024 00:02:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14656863 | ^ | MEBN | Oct 30 2024 23:54:25 | LAKEVIEW LOAN SERVICING LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14671047 | ^ | MEBN | Oct 30 2024 23:54:21 | LAKEVIEW LOAN SERVICING LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14665288 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2024 00:05:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14630430 | + | Email/Text: camanagement@mtb.com | Oct 31 2024 00:02:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14630431 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2024 00:02:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14630432 | + | Email/Text: BankruptcyNotices@aafes.com | Oct 31 2024 00:02:00 | Mil Star, 3911 Walton Walker, Dallas, TX 75236-1509 |
| 14668429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2024 00:05:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14630434 | + | Email/Text: bankruptcy1@pffcu.org | Oct 31 2024 00:02:00 | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14630435 | + | Email/Text: bankruptcy1@pffcu.org | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: 206 | Total Noticed: 63 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 31 2024 00:02:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14674017 | + | Email/Text: bankruptcy1@pffcu.org | Oct 31 2024 00:02:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14659685 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2024 00:02:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14659684 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2024 00:02:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14630439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2024 00:05:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14630441 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 00:06:01 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14630442 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 00:06:01 | Syncb/american Signatu, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14630443 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 00:06:07 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14630444 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 00:17:49 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14630445 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 00:18:15 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14630447 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 00:05:25 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14630887 | ^ | MEBN | Oct 30 2024 23:54:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14630695 | ^ | MEBN | Oct 30 2024 23:54:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14630448 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 31 2024 00:03:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14671183 | + | Email/Text: bnc@bass-associates.com | Oct 31 2024 00:02:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 14630449 | + | Email/Text: EBankruptcy@UCFS.NET | Oct 31 2024 00:03:00 | United Consumer Finl S, 865 Bassett, Westlake, OH 44145-1194 |
| 14630450 | + | Email/Text: EDBKNotices@ecmc.org | Oct 31 2024 00:02:00 | Us Dept Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14630452 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 31 2024 00:03:00 | Webbank/fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cibik Law, P.C. |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Township of Valley, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, pa 19404-3020 |
| 14661237 | *+ | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14630411 | *+ | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14630425 | *+ | Equiant Financial Svcs, Pob 26, Gautier, MS 39553-0026 |
| 14630428 | *+ | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 14630436 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |

| | | |
|---|---|---|
| 14630437 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14630438 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14630440 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14630446 | *+ | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14630451 | *+ | Us Dept Ed, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Planet Home Lending  LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Valley jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Reginald Bernard Draughn                                  Case No: 21−12276−amc

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

                                                                               For The Court

Dated: 10/30/24                                               Timothy B. McGrath
                                                                   Clerk of Court

                                                                                                                              130
                                                                                                                   Form 206