# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Reginald Bernard Draughn,<br><br>Debtor. | Case No. 21-12276-amc<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on December 8, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Reopen Case, Proposed Order, and Notice of Motion to Reopen Case

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: December 8, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

**Lakeview Loan Servicing, LLC**
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

**Method of Service - First Class Mail:**

**Ally Bank**
c/o AIS Portfolio Services, LP
4515 N Santa Fe Avenue
Dept. APS
Oklahoma City, OK 73118-7901

**Capital One Bank (USA), N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Citadel Credit Union**
ATTN: Collections
520 Eagleview Blvd
Exton, PA 19341

**Citibank, N.A.**
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Department Stores National Bank**
c/o Quantum3 Group LLC
P.O. Box 657
Kirkland, WA 98083-0657

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Police and Fire Federal Credit Union**
One Greenwood Square
3333 Street Road
Bensalem, PA 19020

**Portfolio Recovery Associates, LLC**
P.O. Box 41067
Norfolk, VA 23541

**Quantum3 Group, LLC**
as agent for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Quantum3 Group, LLC**
as agent for MOMA Trust, LLC
PO Box 788
Kirkland, WA 98083-0788

**United Consumer Financial Services**
Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712