# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Reginald Bernard Draughn,<br><br>　　　　　　　　　　Debtor. | Case No. 21-12276-amc<br><br>Chapter 13 |

## CERTIFICATION OF NO ANSWER, OBJECTION, OR OTHER RESPONSIVE PLEADING

1.　That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the MOTION TO REOPEN CASE was served to all interested parties via Electronic Means or Via Regular Mail.

2.　That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

　　WHEREFORE, the undersigned respectfully requests an Order be entered.

Date: December 23, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com