# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Reginald Bernard Draughn,<br><br>Debtor. | Case No. 21-12276-amc<br><br>Chapter 13 |

### Order Granting Debtor's Motion to Reopen Case

**AND NOW**, upon consideration of the Debtor's Motion to Reopen Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **REOPENED**.

3. The Clerk must close this case promptly after the Court enters a discharge order.

Date: Jan. 8, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge