United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 21-12276-amc
Reginald Bernard Draughn  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Jan 08, 2026     Form ID: 138OBJ     Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald Bernard Draughn, 414 Ashburton Place, Coatesville, PA 19320-5933 |
| 14630407 | | Bobs Ds Furn, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 14709958 | + | Cibik Law, P.C., c/o MICHAEL I. ASSAD, 1500 Walnut St, Ste 900, Philadelphia, PA 19102-3518 |
| 14630424 | + | Equiant Financial Svcs, Pob 26, Gautier, MS 39553-0026 |
| 14672551 | ++ | FLAGSHIP RESORT, 60 NORTH MAINE AVENUE, ATLANTIC CITY NJ 08401-5518 address filed with court:, Flagship Resort, 60 North Maine Ave, Atlantic City, NJ 08401 |
| 14630426 | + | Hc Cr/feb, 380 Data Drive, Draper, UT 84020-2308 |
| 14656875 | + | LAKEVIEW LOAN SERVICING LLC,, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14630433 | + | Montereyco, Pob 2059, Salinas, CA 93902-2059 |
| 14837726 | + | Township of Valley, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14837995 | + | Township of Valley, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14837725 | + | Township of Valley, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, pa 19404-3020 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2026 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14657227 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 09 2026 00:26:01 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14657314 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 09 2026 00:25:38 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14630404 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 09 2026 00:17:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14630405 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 09 2026 00:17:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14630406 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2026 00:37:59 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14630414 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 09 2026 00:17:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14630408 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2026 00:25:49 | Cap1/neimn, Po Box 30253, Salt Lake City, UT 84130-0253 |

Case 21-12276-amc   Doc 140   Filed 01/10/26   Entered 01/11/26 00:40:35   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: 138OBJ | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| 14630409 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2026 00:25:49 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14658161 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 09 2026 00:25:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14630410 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2026 00:25:36 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14630412 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 09 2026 00:18:00 | Ccb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 14656543 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 09 2026 00:19:00 | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14630413 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 09 2026 00:19:00 | Citadel Federal Cred U, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14657958 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2026 00:37:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14630415 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 09 2026 00:18:00 | Comenity Bank/anntylr, Po Box 182789, Columbus, OH 43218-2789 |
| 14630416 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 09 2026 00:18:00 | Comenitybank/kay, Po Box 182789, Columbus, OH 43218-2789 |
| 14630417 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 09 2026 00:18:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14630418 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 09 2026 00:18:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14630419 | + | Email/Text: dylan.succa@commercialacceptance.net | Jan 09 2026 00:18:00 | Commercial Acceptance, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 14630420 | + | Email/Text: BKPT@cfna.com | Jan 09 2026 00:17:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 14630421 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 09 2026 00:25:38 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14657943 | | Email/Text: bnc-quantum@quantum3group.com | Jan 09 2026 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14630422 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 09 2026 00:25:51 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14630423 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2026 00:37:59 | Dsnb Macys, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14630427 | + | Email/Text: BKRMailOPS@weltman.com | Jan 09 2026 00:18:00 | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 14630429 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2026 00:26:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14656863 | ^ | MEBN | Jan 09 2026 00:17:12 | LAKEVIEW LOAN SERVICING LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14671047 | ^ | MEBN | Jan 09 2026 00:16:53 | LAKEVIEW LOAN SERVICING LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14665288 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 00:25:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14630430 | + | Email/Text: camanagement@mtb.com | Jan 09 2026 00:18:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14630431 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2026 00:18:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14630432 | + | Email/Text: BankruptcyNotices@aafes.com | | |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 09 2026 00:18:00 | Mil Star, 3911 Walton Walker, Dallas, TX 75236-1509 |
| 14668429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2026 00:26:01 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14630434 | + | Email/Text: bankruptcy1@pffcu.org Jan 09 2026 00:18:00 | | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14630435 | + | Email/Text: bankruptcy1@pffcu.org Jan 09 2026 00:18:00 | | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14674017 | + | Email/Text: bankruptcy1@pffcu.org Jan 09 2026 00:18:00 | | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14659685 | | Email/Text: bnc-quantum@quantum3group.com Jan 09 2026 00:18:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14659684 | | Email/Text: bnc-quantum@quantum3group.com Jan 09 2026 00:18:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14630439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jan 09 2026 00:38:20 | | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14630441 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 09 2026 00:26:00 | | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14630442 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 09 2026 00:25:49 | | Syncb/american Signatu, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14630443 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 09 2026 00:25:36 | | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14630444 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 09 2026 00:25:36 | | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14630445 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 09 2026 00:26:00 | | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14630447 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 09 2026 00:25:36 | | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14630887 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2026 00:25:52 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14630695 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2026 00:25:52 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14630448 | + | Email/Text: GenesisFS@ebn.phinsolutions.com Jan 09 2026 00:19:00 | | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14671183 | + | Email/Text: bnc@bass-associates.com Jan 09 2026 00:17:00 | | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 14630449 | + | Email/Text: EBankruptcy@UCFS.NET Jan 09 2026 00:19:00 | | United Consumer Finl S, 865 Bassett, Westlake, OH 44145-1194 |
| 14630450 | + | Email/Text: EDBKNotices@ecmc.org Jan 09 2026 00:17:00 | | Us Dept Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14630452 | + | Email/Text: bnc-bluestem@quantum3group.com Jan 09 2026 00:19:00 | | Webbank/fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |

TOTAL: 54

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID   Bypass Reason   Name and Address**

| | | |
|---|---|---|
| 14661237 | *+ | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14630411 | *+ | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14630425 | *+ | Equiant Financial Svcs, Pob 26, Gautier, MS 39553-0026 |
| 14630428 | *+ | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 14630436 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14630437 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14630438 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14630440 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14630446 | *+ | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14630451 | *+ | Us Dept Ed, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Planet Home Lending  LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Valley jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 139 − 115

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Reginald Bernard Draughn  )  Case No. 21−12276−amc
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania<br>
900 Market Street<br>
Suite 400<br>
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 8, 2026            For The Court

                                                      Mohung Wong
                                                      Clerk of Court